UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

CARMALENE P. SLENTZ,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant,
_____/

Case No.  1:16-CV-278

HON. PAUL L. MALONEY

## JUDGMENT

In accordance with the Opinion entered this date:

**IT IS HEREBY ORDERED** that the Commissioner's decision is **AFFIRMED**.


Dated:     November 29, 2016         /s/ Paul L. Maloney
                                                                          PAUL L. MALONEY
                                                                         UNITED STATES DISTRICT JUDGE